No. 3265.—Cedeño et al., Apdos., v. Gandía, Aplte.—C. D. San Juan, Distrito 1º. Daños y Perjuicios. Mayo 28, 1924.

Celebrada la vista de la moción de desestimación de apelación en la cual el apelante admitió los hechos de la moción y solicitó una prórroga para presentar alegato alegando no haberlo hecho en tiempo por no haber recibido aviso del secretario de esta corte notificándole fecha y número de radicación del recurso.

Apareciendo que aunque no es· una obligación legal del secretario enviar tales avisos, existe sin embargo en los autos una diligencia creditiva de que ambas partes fueron notificadas por la Secretaría de esta corte mediante tarjeta postal de que el caso había sido radicado en febrero 11 del corriente año; y apareciendo que la moción de desestimación fué notificada al apelante el día 8 del corriente y que tampoco se acompañó el alegato con la moción de prórroga; no siendo suficiente la excusa ofrecida para que este tribunal haga uso de su discreción en favor del apelante; y vista la ley y la jurisprudencia, se declara sin lugar la moción de prórroga, con lugar la de desestimación y por tanto se desestima la apelación establecida contra la sentencia dictada en este caso en septiembre 27, 1923, por la Corte de Distrito de San Juan, Primer Distrito.